U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DRAMANE BAMBA** | : | **DOCKET NO. 2:07-cv-0977**<br>**Section P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ATTORNEY GENERAL** | : | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts th conclusions set forth therein. Accordingly, it is

**ORDERED** that the instant petition be hereby **DENIED** and **DISMISSED** as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE